816

No. 82–1788.   ALABAMA POWER CO. *v.* NUCLEAR REGULA-
TORY COMMISSION ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 82–1799.   BURKE *v.* UNITED STATES.   C. A. 2d Cir.   Cer-
tiorari denied.

No. 82–1805.   JOHNSON COUNTY MEMORIAL HOSPITAL ET AL.
*v.* HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES.
C. A. 7th Cir.   Certiorari denied.

No. 82–1806.   HAWAIIAN INDEPENDENT REFINERY, INC. *v.*
UNITED STATES.   C. A. Fed. Cir.   Certiorari denied.

No. 82–1807.   SHIELDS *v.* UNITED STATES ET AL.   C. A. 9th
Cir.   Certiorari denied.

No. 82–1811.   DESERT PALACE, INC. *v.* COMMISSIONER OF IN-
TERNAL REVENUE.   C. A. 9th Cir.   Certiorari denied.

No. 82–1812.   FORTNER *v.* NEBRASKA.   Sup. Ct. Neb.   Cer-
tiorari denied.

No. 82–1814.   CITY OF FORT LAUDERDALE, FLORIDA *v.*
FARMER.   Sup. Ct. Fla.   Certiorari denied.

No. 82–1817.   HARLAUX ET AL. *v.* HARLAUX.   Sup. Ct. La.
Certiorari denied.

No. 82–1820.   DUERR *v.* OHIO; and
No. 82–6699.   DUERR *v.* OHIO.   Ct. App. Ohio, Hamilton
County.   Certiorari denied.   Reported below: No. 82–1820, 8
Ohio App. 3d 396, 457 N. E. 2d 834; No. 82–6699, 8 Ohio App. 3d
404, 457 N. E. 2d 843.

No. 82–1823.   WEST COAST MEDIA, INC. *v.* FEDERAL COMMU-
NICATIONS COMMISSION ET AL.   C. A. D. C. Cir.   Certiorari de-
nied.

No. 82–1824.   HIRSCHFELD ET AL. *v.* DREYER ET AL.   C. A.
9th Cir.   Certiorari denied.